**KAZEROUNI LAW GROUP, APC**
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Janette Deremo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE DEREMO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | **Case No.:** CV20-2888 ODW (JEMx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. OTIS D. WRIGHT II** |

Plaintiff JANETTE DEREMO ("Plaintiff") and Defendant CREDIT ONE BANK, N.A. ("Defendant"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss this Action WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Dated: August 4, 2020            **KAZEROUNI LAW GROUP, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**REED SMITH LLP**

By: ___/s/ Steven Warner___
STEVEN WARNER, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: August 4, 2020            **KAZEROUNI LAW GROUP, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Dismissal* has been filed on August 4, 2020, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                    ___/s/ Matthew M. Loker___

                                                        Matthew M. Loker

KAZEROUNI LAW GROUP, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

Case No.: CV20-2888 ODW (JEMx)   2 of 2   *Deremo v. Credit One Bank, N.A.*
**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**