JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANETTE DEREMO,** | **Case No.:** CV20-2888- ODW (JEMx) |
| Plaintiff, | **ORDER** |
| v. | **HON. OTIS D. WRIGHT II** |
| **CREDIT ONE BANK, N.A.,** | |
| Defendant. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: **August 4, 2020**   _ _____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

CASE NO.: CV20-2888 ODW (JFMx)   *Deremo v. Credit One Bank, N.A.*
**[PROPOSED] ORDER**